Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Cleveland Vickers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND VICKERS,<br><br>    Plaintiff,<br><br>vs.<br><br>DANCE UNLIMITED, LLC dba DANCE UNLIMITED, et al.,<br><br>    Defendants. | No. 2:21-cv-00732-JAM-KJN<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Cleveland Vickers ("Plaintiff"), and Defendants, Dance Unlimited, LLC dba Dance Unlimited and Natalia Clarke, Trustee of the Natalia Clarke Family Trust, U/A dated January 27, 2009 (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Scheduling Order dated November 30, 2021 (Dkt. 23) pursuant to Fed. R. Civ. P. 16(b)(4), and is not prejudicial to Defendants, the product of undue delay, proposed in bad faith, or futile.

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'

response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated: April 7, 2022                                    MOORE LAW FIRM, P.C.

                                                        /s/ Tanya E. Moore
                                                        Tanya E. Moore
                                                        Attorney for Plaintiff,
                                                        Cleveland Vickers

Dated: April 7, 2022                                    VAUGHAN & ASSOCIATES LAW OFFICE, APC

                                                        /s/ Cris V. Vaughan
                                                        Cris V. Vaughan
                                                        Khushpreet R. Mehton
                                                        Attorneys for Defendants,
                                                        Dance Unlimited, LLC dba Dance Unlimited and
                                                        Natalia Clarke, Trustee of the Natalia Clarke
                                                        Family Trust, U/A dated January 27, 2009

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO ORDERED**.

Dated: April 8, 2022                                    /s/ John A. Mendez
                                                        THE HONORABLE JOHN A. MENDEZ
                                                        UNITED STATES DISTRICT COURT JUDGE