Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Cleveland Vickers

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND VICKERS,<br><br>    Plaintiff,<br><br>vs.<br><br>DANCE UNLIMITED, LLC dba DANCE UNLIMITED; NATALIA CLARKE, Trustee of the NATALIA CLARKE FAMILY TRUST, U/A dated January 27, 2009;<br><br>    Defendant. | No. 2:21-cv-00732-JAM-KJN<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

1  **IT IS HEREBY STIPULATED** by and between Plaintiff Cleveland Vickers and
2  Defendants, Dance Unlimited, LLC dba Dance Unlimited; and Natalia Clarke, Trustee of the
3  Natalia Clarke Family Trust, U/A dated January 27, 2009, the parties to this action, that
4  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is
5  dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: September 2, 2022                MOORE LAW FIRM, P.C.

                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Cleveland Vickers

Dated: September 2, 2022                VAUGHAN & ASSOCIATES
                                        LAW OFFICE, APC

                                        */s/ Cris C. Vaughan*
                                        Cris C. Vaughan
                                        Khushpreet R. Mehton
                                        Attorneys for Defendant,
                                        Dance Unlimited, LLC dba Dance Unlimited;
                                        and  Natalia Clarke, Trustee of the Natalia
                                        Clarke   Family Trust, U/A dated January 27, 2009

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Cleveland Vickers